# RETURN OF SERVICE

**State of Florida**  **County of Volusia**  **Circuit Court**

Case Number: 2021 30199 CICI


KDY2021006950

Plaintiff:
CLAUDIA ZARNESKY, INDIVUDALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

vs.

Defendant:
FRONTIER AIRLINES, INC.

For:
SHAMIS & GENTILE, P.A.

Received by GLOBAL PROCESS SERVICES CORP. on the 23rd day of February, 2021 at 1:22 pm to be served on **FRONTIER AIRLINES, INC. C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301.**

I, JAMES J. KADY, do hereby affirm that on the **23rd day of February, 2021 at 1:59 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS and CLASS ACTION COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Sheena Black** as **Service Liaison** authorized to accept service, of the within named corporation, at the address of: **1201 Hays St, Tallahassee, FL 32301** on behalf of **FRONTIER AIRLINES, INC.**, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 32, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

JAMES J. KADY
Process Server #65

GLOBAL PROCESS SERVICES CORP.
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: KDY-2021006950
Ref: 21-0461

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

## IN THE CIRCUIT/COUNTY COURT IN AND FOR VOLUSIA COUNTY, FLORIDA

Judge : Leah R. Case - Div. 31
Case No : 2021 30199 CICI

CLAUDIA ZARNESKY, individually and on behalf of      -vs-      FRONTIER AIRLINES, INC.
all others similarly situated                                                   **Defendant(s).**
**Plaintiff(s),**

### SUMMONS

### THE STATE OF FLORIDA:
### TO EACH SHERIFF OF THE STATE:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in the above styled cause upon the defendant(s):

FRONTIER AIRLINES, INC.
C/O CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

Each defendant is hereby required to serve written defenses to said complaint or petition on plaintiff or plaintiff's attorney, whose name and address is

ANDREW J. SHAMIS
SHAMIS & GENTILE, P.A.
14 NE 1ST AVENUE SUITE 705
MIAMI, FL 32301

within 20 days after service of this summons upon that defendant exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**DATED : February 22, 2021**



**LAURA E. ROTH**
**CLERK OF CIRCUIT/COUNTY COURT**

S Krummenacker

forwarded to plaintiff's attorney via e-service for SOP

**By : S. Krummenacker, Deputy Clerk**

CL-0224-1612                                         (See reverse side for additional information.)