Form 1.997 Civil Cover Sheet

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I. CASE STYLE

(Name of Court) In the Circuit Court of The Seventh Judicial Circuit in and For Volusia County, Florida

Plaintiff CLAUDIA ZARNESKY, individually and on be

Case #: _____

Judge: _____

vs.

Defendant ADIDAS AMERICA, INC.,

II. AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- [ ] $8,000 or less
- [ ] $8,001 - $30,000
- [ ] $30,001 - $50,000
- [ ] $50,001 - $75,000
- [ ] $75,001 - $100,000
- [x] Over $100,000

III. TYPE OF CASE  (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

**CIRCUIT CIVIL**

- [ ] Condominium
- [ ] Contracts and indebtedness
- [ ] Eminent domain
- [ ] Auto negligence
- [ ] Negligence—other
  - [ ] Business governance
  - [ ] Business torts
  - [ ] Environmental/Toxic tort
  - [ ] Third party indemnification
  - [ ] Construction defect
  - [ ] Mass tort
  - [ ] Negligent security

CL-0891-2008

2021 30199 CICI

☐ Nursing home negligence
☐ Premises liability—commercial
☐ Premises liability—residential
☐ Products liability   ☐

☐ Real property/Mortgage foreclosure
　☐ Commercial foreclosure
　☐ Homestead residential foreclosure
　☐ Non-homestead residential foreclosure
　☐ Other real property actions

☐ Professional malpractice
　☐ Malpractice – business
　☐ Malpractice – medical
　☐ Malpractice – other professional

☑ Other
　☐ Antitrust/Trade regulation
　☐ Business transactions
　☐ Constitutional challenge – statute or ordinance
　☐ Constitutional challenge – proposed amendment
　☐ Corporate trusts
　☐ Discrimination – employment or other
　☐ Insurance claims
　☐ Intellectual property
　☐ Libel/Slander
　☐ Shareholder derivative action
　☐ Securities litigation
　☐ Trade secrets
　☐ Trust litigation

## COUNTY CIVIL

☐ Civil
☐ Real property/Mortgage foreclosure
☐ Replevins
☐ Evictions
　☐ Residential Eviction
　☐ Non-Residential Eviction
☐ Other civil (non-monetary)

IV.　**REMEDIES SOUGHT** (check all that apply):
　☑ Monetary;
　☑ Non-Monetary declaratory or injunctive relief;
　☐ Punitive

V.　**NUMBER OF CAUSES OF ACTION**: [ 1 ] (specify)
　Florida Security of Communications Act, Fla. Stat. Ann. § 934.01, et seq.

CL-0891-2008

VI.  **IS THIS CASE A CLASS ACTION LAWSUIT?**
  ☑ yes
  ☐ no

VII.  **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  ☑ no
  ☐ yes   If "yes", list all related cases by name, case number, and court.
  _____
  _____
  _____

VIII.  **IS JURY TRIAL DEMANDED IN COMPLAINT?**
  ☑ yes
  ☐ no

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature Andrew Shamis_____    Fla. Bar # 101754_____
            Attorney or party                                              (Bar # if attorney)

/s/ Andrew Shamis_____    2/15/2021_____
(type or print name)                                                       Date

CL-0891-2008

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

CASE NO.

| | |
|---|---|
| CLAUDIA ZARNESKY, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff,* | JURY TRIAL DEMANDED |
| vs. | |
| FRONTIER AIRLINES, INC., | |
| *Defendant.* _____/ | |

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff/Certified Process Server of the State

TO:   Frontier Airlines, Inc.
      c/o Corporation Service Company
      1201 Hays Street
      Tallahassee, FL 32301

Each Defendant is required to serve written defenses to the Complaint or petition on: **Andrew Shamis, Esq, Shamis & Gentile, P.A., 14 NE 1st Ave STE 705, Miami, Florida 33132**, within **twenty (20) days** after service of this summons on that Defendant, exclusive of the date of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

Dated this _____ day of _____, 2021.

                                                    As Clerk of the Court

                                                    By: _____

As Deputy Clerk

## IN THE CIRCUIT/COUNTY COURT IN AND FOR VOLUSIA COUNTY, FLORIDA

Judge : Leah R. Case - Div. 31
Case No : 2021 30199 CICI

CLAUDIA ZARNESKY, individually and on behalf of all others similarly situated
**Plaintiff(s),**

-vs-

FRONTIER AIRLINES, INC.
**Defendant(s).**

### SUMMONS

### THE STATE OF FLORIDA:
### TO EACH SHERIFF OF THE STATE:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in the above styled cause upon the defendant(s):

FRONTIER AIRLINES, INC.
C/O CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

Each defendant is hereby required to serve written defenses to said complaint or petition on plaintiff or plaintiff's attorney, whose name and address is

ANDREW J. SHAMIS
SHAMIS & GENTILE, P.A.
14 NE 1ST AVENUE SUITE 705
MIAMI, FL 32301

within 20 days after service of this summons upon that defendant exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**DATED : February 22, 2021**

forwarded to plaintiff's attorney via e-service for SOP

**LAURA E. ROTH**
**CLERK OF CIRCUIT/COUNTY COURT**



**By :** S. Krummenacker, **Deputy Clerk**

CL-0224-1612

(See reverse side for additional information.)

## ADDRESS OF THE CLERK OF THE CIRCUIT COURT

LAURA E. ROTH
CLERK OF THE COURT
P.O. BOX 6043
DELAND, FL 32721-6043

If English is not your native language and you need assistance understanding the court's proceedings, you will need to bring someone to interpret for you as this service is not provided by the court.

Si el inglés no es su lengua materna y va a necesitar ayuda para entender el proceso judicial, tendrá que traer a alguien para que le interprete ya que el tribunal no ofrece este servicio.

### REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES
If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the appearance is less than 7 days; if you are hearing impaired or voice impaired, call 711.

**THESE ARE NOT COURT INFORMATION NUMBERS**

### SOLICITUD DE ADAPTACIONES PARA PERSONAS CON DISCAPACIDADES
Si usted es una persona con discapacidad que necesita una adaptación para poder participar en este procedimiento, usted tiene el derecho a que se le proporcione cierta asistencia, sin incurrir en gastos.  Comuníquese con la Oficina de Administración Judicial (Court Administration), 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096,  con no menos de 7 días de antelación de su cita de comparecencia ante el juez, o de inmediato al recibir esta notificación si la cita de comparecencia está dentro de un plazo menos de 7 días; si usted tiene una discapacidad del habla o del oído, llame al 711.

**ESTOS NUMEROS TELEFONICOS NO SON PARA OBTENER INFORMACION JUDICIAL**

CL-0247-1904

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

CASE NO.: 2021 30199 CICI

| | |
|---|---|
| CLAUDIA ZARNESKY, *individually and on behalf of all others similarly situated,* | CLASS ACTION |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| FRONTIER AIRLINES, INC., | |
| Defendant. _____/ | |

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF

PLEASE TAKE NOTICE that Garrett O. Berg of the law firm of Shamis & Gentile, P.A. enters his appearance in this case as counsel for Plaintiff and requests that copies of all pleadings, motions, orders, notices, correspondence, and documents of any kind regarding the above-styled cause be served upon said counsel.

Date: March 3, 2021

                                                         Respectfully submitted,
                                             */s/ Garrett O. Berg*
                                             **SHAMIS & GENTILE, P.A.**
                                             Garrett O. Berg, Esq.
                                             Florida Bar No. 1000427
                                             gberg@shamisgentile.com
                                             14 NE 1st Avenue, Suite 705
                                             Miami, Florida 33132
                                             Telephone: 305-479-2299

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Florida Courts E-Filing Portal, which will furnish a copy to all individuals on the attached Service List.

Respectfully submitted,<br>
*/s/ Garrett Berg*

# IN THE CIRCUIT COURT FOR THE SEVENTH JUDICIAL CIRCUIT
# IN AND FOR VOLUSIA COUNTY, FLORIDA

### CASE NO. 2021 30199 CICI

Claudia Zarnesky, *individually and on behalf of all others similarly situated*,

    Plaintiff,

vs.

Frontier Airlines, Inc.,

    Defendant.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## PLAINTIFF'S NOTICE OF SERVICE OF
## FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT

Plaintiff, by and through counsel and pursuant to Florida Rules of Civil Procedure 1.340, 1.350, and 1.370, hereby gives notice of serving Interrogatories, Request for Production of Documents, and Request for Admissions on Defendant to be answered separately and fully, in writing and under oath if applicable within thirty (30) days after service thereof.

DATED: March 11, 2021

                                           By:    */s/ Andrew J. Shamis*
                                                       **SHAMIS & GENTILE, P.A.**
                                                       Andrew J. Shamis, Esq.
                                                       Florida Bar No. 101754
                                                       ashamis@shamisgentile.com
                                                       14 NE 1st Avenue, Suite 705
                                                       Miami, Florida 33132
                                                       (t) (305) 479-2299
                                                       (f) (786) 623-0915

                                                        **EDELSBERG LAW, PA**

Scott Edelsberg, Esq.
Florida Bar No. 100537
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320

**HIRALDO P.A.**
Manuel Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
MHiraldo@Hiraldolaw.com
Telephone: 954-400-4713

*Counsel for Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the aforementioned discovery requested were served electronically on counsel for Defendant.

*/s/ Andrew J. Shamis*
**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
(t) (305) 479-2299
(f) (786) 623-0915