# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| CLAUDIA ZARNESKY, *individually and on behalf of all others similarly situated*,<br><br>          Plaintiff,<br><br>     v.<br><br>FRONTIER AIRLINES, INC.,<br><br>          Defendant. | Case No. _____<br><br>State Court Case No. 2021-30199 CICI<br><br>**Class Action** |

## DECLARATION OF JACOB MALONEY

I, Jacob Maloney, declare as follows:

1. I am currently employed at Frontier Airlines, Inc. ("Frontier Airlines"). I have personal knowledge of the facts set forth herein and if called and sworn as a witness, I could and would competently testify thereto.

2. My title is Senior Manager, Ecommerce. I have worked at Frontier Airlines since February 19, 2018. I have been in my current role for approximately two years.

3. While employed at Frontier Airlines, I have gained knowledge regarding the Frontier Airlines website, www.flyfrontier.com (the "Website"), including the collection and storage of information regarding visits to the website and purchase information (e.g., name, address, etc.).

4. From February 15, 2019 to February 15, 2021, more than 5,000 airline purchases were made on the Website to unique names and billing addresses in the state of Florida.

I declare under penalty of perjury that the foregoing is true and current. Executed on this 23rd day of March, 2021 in Arvada, Colorado.

*Jacob Maloney*<br>Jacob Maloney

247471591