# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Claudia Zarnesky, individually and on behalf of all others similarly situated

## DEFENDANTS
Frontier Airlines, Inc.

**(b)** County of Residence of First Listed Plaintiff: **Volusia County, Florida**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Colorado**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Shamis & Gentile, P.A., 14 NE 1st Avenue, Suite 705, Miami, Florida, 33132 (see attachment)

Attorneys *(If Known)*
Buchanan Ingersoll & Rooney P.C., 401 E. Jackson St., Suite 2400, Tampa FL 33602 (see attachment)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- [x] 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1332, 1441, 1446, and 1453

Brief description of cause:
Class action alleging unlawful interception of Plaintiff's electronic communications in violation of Florida Security of Communications Act § 934.03

## VII. REQUESTED IN COMPLAINT:
[x] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** Statutory, over $5 mil

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes    [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE (see attached)     DOCKET NUMBER (see attached)

DATE: 3/24/2021

SIGNATURE OF ATTORNEY OF RECORD: /s/ Jordan D. Maglich, 0086106

**FOR OFFICE USE ONLY**
RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

*Zarnesky v. Frontier Airlines, Inc.*

# Attachment to Civil Cover Sheet

## Section I(c) Attorney Information

### *Plaintiff's attorneys:*

| | |
|---|---|
| Andrew J. Shamis, Esq. | Scott Edelsberg, Esq. |
| ashamis@shamisgentile.com | scott@edelsberglaw.com |
| SHAMIS & GENTILE, P.A. | EDELSBERG LAW, PA |
| 14 NE 1st Avenue, Suite 705 | 20900 NE 30th Ave., Suite 417 |
| Miami, Florida 33132 | Aventura, FL 33180 |

Manuel Hiraldo, Esq.
MHiraldo@Hiraldolaw.com
HIRALDO P.A.
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301

### *Defendant's attorneys:*

| | |
|---|---|
| Ashley Bruce Trehan, FBN 0043411 | Aarti Reddy, *LEAD COUNSEL* |
| ashley.trehan@bipc.com | areddy@cooley.com |
| Jordan D. Maglich, FBN 0086106 | COOLEY LLP |
| jordan.maglich@bipc.com | 101 California Street, 5th Floor |
| BUCHANAN INGERSOLL & ROONEY PC | San Francisco, CA  94111-5800 |
| 401 E. Jackson Street, Suite 2400 | Tel: (415) 693-2000 |
| Tampa, FL  33602 | Fax: (415) 693-2222 |
| Tel: (813) 228-8180 | (*pro hac vice* motion forthcoming) |
| Fax: (813) 229-8189 | |

## Section VIII – Related Cases

- *Swiggum v. EAN Services, LLC*, Case No. 9:21-cv-00493-TPB-CPT (M.D. Fla.) (U.S. District Judge Thomas P. Barber)
- *Smart v. Bose Corp.*, Case No. 5:21-cv-00142-JSM-PRL (M.D. Fla.) (U.S. District Judge James S. Moody, Jr.)
- *Smart v. The Home Depot Inc.*, Case No. 5:21-cv-00153-JSM-PRL (M.D. Fla.) (U.S. District Judge James S. Moody, Jr.)
- *Holden v. Banana Republic, LLC*, Case No. 3:21-cv-00268-BJD-JRK (M.D. Fla.) (U.S. District Judge Brian J. Davis)
- *Holden v. Old Navy, LLC*, Case No. 3:21-cv-00270-BJD-PDB (M.D. Fla) (U.S. District Judge Brian J. Davis)

- *Holden v. NortonLifeLock Inc.*, Case No. 3:21-cv-00279-BJD-JRK (M.D. Fla.) (U.S. District Judge Brian J. Davis)
- *Holden v. Fossil Group, Inc.*, Case No. 3:21-cv-00300-TJC-JBT (M.D. Fla.) (U.S. District Judge Timothy J. Corrigan)
- *Goldstein v. Fandango Media, LLC*, Case No. 9:21-cv-80466 (S.D. Fla.) (U.S. District Judge Rodolfo A. Ruiz, II)
- *Goldstein v. Luxottica of America, Inc. dba Ray-Ban*, Case No. 9:21-cv-80546-AMC (S.D. Fla.) (U.S. District Judge Aileen M. Cannon)
- *Perez v. Western Union Holdings*, Case No. 0:21-cv-60616-RKA (S.D. Fla.) (U.S. District Judge Roy K. Altman)
- *Vicario v. The Neiman Marcus Group LLC*, Case No. No. 1:21-cv-21065 (S.D. Fla.) (U.S. District Judge Robert N. Scola, Jr.)
- *Goldstein v. T-Mobile USA Inc.*, Case No. 9:21-cv-80545-JIC (S.D. Fla.) (U.S. District Judge James I. Cohn)
- *Liberto v. The Gap, Inc.*, Case No. 3:21-cv-510 (N.D. Fla.) (U.S. District Chief Judge Margaret Catherine Rodgers)
- *Harris v. Edward D. Jones & Co.*, Case No. 2021-CA-000963 (4th Jud. Ct. Duval County) (Circuit Court Judge Katie L. Dearing)
- *Liberto v. Dillard's Inc.*, Case No. 2021-CA-000350 (1st Jud. Ct. Escambia County) (Circuit Court Judge Gary L Bergosh)
- *Londers v. Intel Corporation*, Case No. 2021-CA-000301 (5th Jud. Ct. Lake County) (Circuit Court Judge Brian J. Welke)
- *Benstine v. Lumen Technologies, Inc.*, Case No. 2021-CA-001041 (20th Jud. Ct. Lee County) (Circuit Court Judge Keith R. Kyle)
- *Vicario v. Disney Store USA, LLC*, Case No. 2021-CA-003655-CA-01 (11th Jud. Ct. Miami-Dade County) (Circuit Court Judge Carlos Lopez)
- *Underhill v. HSN, Inc.*, Case No. 2021-CA-000290 (4th Jud. Ct. Duval County) (Circuit Court Judge Katie L. Dearing)
- *Goldstein v. Costco Wholesale Corporation*, Case No. 50-2021-CA-001558 (15th Jud. Ct. Palm Beach County) (Circuit Court Judge John S. Kastrenakes)
- *Goldstein v. Avis Budget Group, Inc.*, Case No. 2021-CA-001597 (15th Jud. Ct. Palm Beach County) (Circuit Court Judge John S. Kastrenakes)
- *Marshall v. WebMD LLC*, Case No. 2021-CA-000517 (12th Jud. Ct. Manatee County) (Circuit Court Judge Charles Sniffen)
- *Jacome v. Spirit Airlines, Inc.*, Case No. 2021-000947-CA-01 (11th Jud. Ct. Miami-Dade County) (Circuit Court Judge Carlos Lopez)
- *Vicario v. Puma North America, Inc.*, Case No. 2021-003535-CA-01 (11th Jud. Ct. Miami-Dade County) (Circuit Judge Maria de Jesus Santovenia)
- *Swiggum v. Beall's Inc.*, Case No. 2021-CA-000168 (12th Jud. Ct. Manatee County) (Circuit Court Judge Charles Sniffen)

- *Zarnesky v. Adidas America Inc.*, Case No. 2021 30201 CICI (7th Jud. Ct. Volusia County) (Circuit Court Judge Mary G. Jolley)
- *Harris v. Euromarket Designs Inc. dba Crate and Barrel*, Case No. 2021-CA-000907 (4th Jud. Ct. Duval County) (Circuit Court Judge Gary Wilkinson)
- *Belanger v. Norwegian Cruise Line Holdings Ltd.*, Case No. 2021 30222 CICI (7th Jud. Ct. Volusia County) (Circuit Court Judge Mary J. Jolley)
- *Harris v. Six Continents Hotels Inc.*, Case No. 2021-CA-001043 (4th Jud. Ct. Duval County) (Circuit Court Judge Gary Wilkinson)
- *Leace v. General Motors LLC*, Case No. CACE21004374 (17th Jud. Ct. Broward County) (Circuit Court Judge Jeffery R. Levenson)
- *Neal v. Container Store Inc.*, Case No. CACE21004409 (17th Jud. Ct. Broward County) (Circuit Court Judge Jeffery R. Levenson)
- *Makkinje v. AthenaHealth, Inc.*, Case No. 2021-CA-000898 (12th Jud. Ct. Manatee County) (Circuit Court Judge Charles Sniffen)
- *Cardoso v. Whirpool Corp.*, Case No. CACE21004989 (17th Jud. Ct. Broward County) (Circuit Court Judge Carlos Augusto Rodriguez)