Volusia County Clerk of Circuit Court - Case Detail

## Case Information

**Case Number:** 2021 30199 CICI  **Case Style:** CLAUDIA ZARNESKY, ETC., ET AL V. FRONTIER AIRLI
**Case Type:** CIRCUIT CIVIL  **Category:** OTHER CIVIL - CIRCUIT

Summary  Parties  Docket  Court Events  Assessment

**Legend:** Viewable  Reviewed and Viewable  Viewable on Request  Confidential

| Date | Doc. # | Docket Type | Description | View |
|---|---|---|---|---|
| 03/11/2021 | 7 | NOTICE OF SERVICE | of discovery requests to Frontier Airlines Inc by Claudia Zarnesky et al | |
| 03/09/2021 | 6 | RETURNED SUMMONS SERVED | Frontier Airlines Inc | |
| 03/03/2021 | 5 | NOTICE OF APPEARANCE | of Garrett O Berg Esq obo Claudia Zarnesky etc | |
| 02/22/2021 | 4 | TWENTY DAY SUMMONS | To FRONTIER AIRLINES, INC. forwarded to plaintiff's attorney via e-service for SOP | |
| 02/15/2021 | 3 | REQUEST SUMMONS | to Frontier Airlines, Inc. | |
| 02/15/2021 | 2 | COMPLAINT | Class Action | |
| 02/15/2021 | 1 | CIVIL COVER SHEET | | |