# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLAUDIA ZARNESKY, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

Case No. 6:21-cv-00536

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT AND INCORPORATED MEMORANDUM OF LAW

Defendant Frontier Airlines, Inc. ("Defendant" or "Frontier Airlines"), pursuant to Federal Rule of Civil Procedure 6(b), and by and through its undersigned counsel, hereby moves this Court for an extension of time to respond to Plaintiff's Class Action Complaint through and including April 22, 2021, and in support thereof, states as follows:

1. On February 15, 2021, Plaintiff, individually and on behalf of others purportedly similarly situated, filed a Class Action Complaint ("Complaint") (Doc. 1-1) against Defendant in the Seventh Judicial Circuit in and for Volusia County, Florida. Defendant was served with the Complaint on February 23, 2021. (Doc. 1-2).

2. On March 24, 2021, Defendant timely removed this action from the Seventh Judicial Circuit in and for Volusia County, Florida. (*See* Doc. 1.)

3. The current deadline for Defendant to respond to the Complaint is seven days after filing its notice of removal, March 31, 2021. *See* Fed. R. Civ. P. 81(c)(2)(C)(3).

4. The Complaint alleges that Defendant violated the Florida Security of Communications Act, §§ 934.01 *et seq.*, by using session replay software on its commercial website. (Compl. ¶¶ 1-2.) It also sets forth allegations that this case is purportedly suitable for class treatment. (*Id.* ¶¶ 20-29.)

5. Good cause exists to grant the requested extension.

6. The Complaint is virtually identical to nearly three-dozen complaints filed by Plaintiff's counsel across the State of Florida (the "Related Cases"), which are set forth in the attachment to Defendant's Notice of Related Actions (Doc. 2). Defendant recently retained undersigned counsel to represent it in this action, and Defense counsel is also representing other defendants in several of the other Related Cases. Defendant and its counsel require additional time to investigate Plaintiff's claims and to prepare Defendant's response to the Complaint.

7. Defendant contacted counsel for Plaintiff, who has consented to Defendant's request for an extension of time to April 22, 2021.

8. No party will be prejudiced by the requested extension, nor will an extension affect any other current deadlines pursuant to the Federal Rules of Civil Procedures or the Local Rules of this Court. This is the first requested extension of

time to respond to the Complaint; Plaintiff previously agreed to an extension prior to the removal of this case.

WHEREFORE, Defendant Frontier Airlines respectfully moves this Court for an extension of time, through and including April 22, 2021, to respond to the Complaint, and for all such further relief as this Court deems just.

### Local Rule 3.01(g) Certification

I hereby certify that counsel for Defendant has conferred with counsel for Plaintiff and that the parties agree on the resolution of this Motion.

Respectfully submitted,

/s/ Jordan D. Maglich
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Jordan D. Maglich, FBN 0086106
jordan.maglich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL  33602
Tel: (813) 228-8180
Fax: (813) 229-8189

and

COOLEY LLP
Aarti Reddy (California State Bar No. 274889), *LEAD COUNSEL*
areddy@cooley.com
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Tel: (415) 693-2000
Fax: (415) 693-2222
(*pro hac vice* motion forthcoming)

*Attorneys for Defendant Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 24, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and sent a copy of the foregoing via electronic mail to the following counsel of record:

Andrew J. Shamis, Esq.
ashamis@shamisgentile.com
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 705
Miami, Florida 33132

Manuel Hiraldo, Esq.
MHiraldo@Hiraldolaw.com
HIRALDO P.A.
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301

Scott Edelsberg, Esq.
scott@edelsberglaw.com
EDELSBERG LAW, PA
20900 NE 30th Ave., Suite 417
Aventura, FL 33180

*Attorneys for Plaintiff*

/s/ Jordan D. Maglich
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Jordan D. Maglich, FBN 0086106
jordan.maglich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL 33602
Tel: (813) 228-8180
Fax: (813) 229-8189
*Attorneys for Defendant Frontier Airlines, Inc.*

247666609