**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLAUDIA ZARNESKY, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

Case No. 6:21-cv-00536-WWB-DCI

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Defendant Frontier Airlines, Inc., through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Rule 3.03 of the Local Rules of the Middle District of Florida, hereby supplements its disclosure statement as follows:

**1. Each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome, including any parent corporation and any publicly held corporation owning 10% or more of Defendant's stock:**

    (a)    Claudia Zarnesky;

    (b)    Andrew J. Shamis, Esq.;

    (c)    Shamis & Gentile, P.A.;

    (d)    Scott Edelsberg, Esq.;

    (e)    Edelsberg Law, PA;

(f) Manuel Hiraldo, Esq.;

(g) Hiraldo, P.A.;

(h) Frontier Airlines, Inc.;

(i) Indigo Partners;

(j) Aarti Reddy, Esq.;

(k) Cooley LLP;

(l) Ashley Bruce Trehan, Esq.;

(m) Jordan D. Maglich, Esq.;

(n) Buchanan Ingersoll & Rooney PC;

(o) Frontier Airlines Holdings, Inc.;

(p) Frontier Group Holdings, Inc.;

(q) ContentSquare; and

(r) Starr Insurance Companies

**2. Each entity with publicly traded shares or debt potentially affected by the outcome:**

Frontier Group Holdings, Inc.

**3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:**

None known to Frontier Airlines at this time.

**4.     Each person arguably eligible for restitution:**

Plaintiff Claudia Zarnesky seeks relief against Frontier Airlines.  Aside from Plaintiff, none known to Frontier Airlines at this time.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

/s/ Jordan D. Maglich
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Jordan D. Maglich, FBN 0086106
jordan.maglich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL  33602
Tel: (813) 228-8180
Fax: (813) 229-8189

COOLEY LLP
Aarti Reddy (California State Bar No. 274889)
*LEAD COUNSEL*
areddy@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel: (415) 693-2000
Fax: (415) 693-2222
(*pro hac vice* motion forthcoming)

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of April, 2021, I electronically filed the foregoing and any attachments referenced therein with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Jordan D. Maglich
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Jordan D. Maglich, FBN 0086106
jordan.maglich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL 33602
Tel: (813) 228-8180
Fax: (813) 229-8189
*Attorneys for Defendant Frontier Airlines, Inc.*