IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:21-cv-00536

CLAUDIA ZARNESKY,
individually and on behalf of all others
similarly situated,

*Plaintiff*,

v.

FRONTIER AIRLINES, INC.,

*Defendant*.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF

PLEASE TAKE NOTICE that Christopher Gold of the law firm of Edelsberg Law, P.A. enters his appearance in this case as counsel for Plaintiff and requests that copies of all pleadings, motions, orders, notices, correspondence, and documents of any kind regarding the above-styled cause be served upon said counsel.

Date: April 7, 2021

Respectfully submitted,

*/s/ Christopher Gold*
Christopher Gold, Esq.
Florida Bar No. 088733
chris@edelsberglaw.com
**EDELSBERG LAW, PA**
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Office: (305) 975-3320

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of April 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,

*/s/ Christopher Gold*