**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CLAUDIA ZARNESKY, *individually and on behalf of all others similarly situated*,

               Plaintiff,

v.

FRONTIER AIRLINES, INC.,

               Defendant.

Case No. 6:21-cv-00536

## <u>DEFENDANT'S AMENDED NOTICE OF RELATED ACTIONS</u>

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.**

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☒    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

        ***See* Amended List of Related Actions, attached hereto as <u>Exhibit A</u>**

☐    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Respectfully submitted,

/s/ Jordan D. Maglich
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Jordan D. Maglich, FBN 0086106
jordan.maglich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL 33602
Tel: (813) 228-8180
Fax: (813) 229-8189

and

COOLEY LLP
Aarti Reddy (California State Bar No. 274889)
(*pro hac vice forthcoming*)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email:       areddy@cooley.com
*Attorneys for Defendant*
*Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2021, I electronically filed the foregoing and its attachment with the Clerk of the Court by using the CM/ECF system and sent the foregoing and its attachment via email to the following counsel of record:

Andrew J. Shamis, Esq.
ashamis@shamisgentile.com
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 705
Miami, Florida 33132

Manuel Hiraldo, Esq.
MHiraldo@Hiraldolaw.com
HIRALDO P.A.
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301

Scott Edelsberg, Esq.
scott@edelsberglaw.com
EDELSBERG LAW, PA
20900 NE 30th Ave., Suite 417
Aventura, FL 33180

*Attorneys for Plaintiff*

/s/ Jordan D. Maglich
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Jordan D. Maglich, FBN 0086106
jordan.maglich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL 33602
Tel: (813) 228-8180
Fax: (813) 229-8189
*Attorneys for Defendant Frontier
Airlines, Inc.*