**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLAUDIA ZARNESKY,

        Plaintiff,

v.                                Case No: 6:21-cv-536-WWB-DCI

FRONTIER AIRLINES, INC.,

        Defendant.

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal Without Prejudice (Doc. 17). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on April 29, 2021.

*(signature)*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record